The Honorable Timothy J. Savage
Judge, United States District Court
Room 9614, U.S. Courthouse
601 Market Street
Philadelphia, PA 19106


Having Jack Miller as my father means I have the ability to go through life always knowing there is somebody to catch me when I fall. Throughout my life no matter what mistakes I have made or situations I have gotten myself in to, my father has constantly carried the burden for me and has shielded me from danger every step of the way. My fathers love and devotion towards my brothers and myself has been adamant since birth. I have won the lottery of life by having such loving and caring parents that have never left my side and have always guided me in the right direction. I am not sure where I would be without their love and support.

My father's devotion and selflessness does not end with his family. My father goes both above and beyond to help his friends, his community, and even complete strangers. Anybody who has spent any time with my father has seen he has a pattern of engaging in an abundant amount of good deeds to help others in any way he can, while asking nothing in return.

Having a front row seat at the tremendous consequences the investigation has had on my father is difficult to bear. I wish that I could carry the burden and shield my father from danger just as he has done for me my entire life. Despite some of his darkest hours, my father has continued to put his family's needs before his own. I strive every day to grow up to be a man with my father's love and willingness to help others.

I ask the court to acknowledge the devastating consequences this event has already had on our family, my father's reputation, and his friendships. I beg the court to be compassionate with sentencing.

Thank you for your time and consideration,
A. Yoni Miller