Dear Honorable Judge Savage,

I wanted to start by saying that I except full responsibility for what I was charged for. I am deeply sorry, shameful and filled with remorse as well as very disappointed. I let down the shareholders, the depositors, employees, customers, Federal Regulators as well as the people of this great country as well as myself.

Jack Miller